IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| MICHAEL McCULLAR,<br><br>            Plaintiff,<br><br>vs.<br><br>MICK O'BRIEN USED CAR AND TRUCK CENTER, MICHAEL O'BRIEN and SHARON O'BRIEN, individually, and HULL & SWINGLEY, P.C.,<br><br>            Defendants. | No. CV 18-67-BU-SEH<br><br>**ORDER** |

The Court entered a scheduling order on January 3, 2019. On February 4, 2019, Plaintiff filed an unopposed Motion for Extension to Disclose Expert Witnesses.[1]

ORDERED:

Plaintiff's Motion for Extension to Disclose Expert Witnesses is GRANTED. Plaintiff shall have to and including Friday, February 15, 2019, to

---

[1] Doc. 13.

-1-

disclose, provide, and file, expert witness reports and Defendants shall have to and including Friday, March 15, 2019, to disclose, provide, and file, rebuttal expert reports. The parties' expert witness disclosures shall comply with the Court's scheduling order of January 3, 2019.[2]

All other deadlines remain in full force and effect. Further requests to amend the provisions of the scheduling order of January 3, 2019,[3] as modified, are unlikely to be granted.

DATED this 5th day of February, 2019.

*/s/ Sam E. Haddon*

SAM E. HADDON
United States District Judge

---

[2] Doc. 12.

[3] Doc. 12.