IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
6/24/2019

Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| MICHAEL McCULLAR,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICK O'BRIEN USED CAR AND TRUCK CENTER, MICHAEL O'BRIEN and SHARON O'BRIEN, individually, and HULL & SWINGLEY, P.C.,<br><br>　　　　　　Defendants. | No. CV 18-67-BU-SEH<br><br>**ORDER** |

Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant Hull & Swingley's Motion for Summary Judgment[1] and Unopposed Motion for Extension of Time to Respond to Defendants O'Briens' Motion for Summary Judgment[2] are GRANTED.

---

[1] Doc. 33.

[2] Doc. 34.

Plaintiff may have up to and including July 12, 2019, to respond to the motions.

DATED this 24th day of June, 2019.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge