IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
9/5/2019
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| MICHAEL McCULLAR, <br><br> Plaintiff, <br><br> vs. <br><br> MICK O'BRIEN USED CAR AND TRUCK CENTER, MICHAEL O'BRIEN and SHARON O'BRIEN, individually, and HULL & SWINGLEY, P.C., <br><br> Defendants. | No. CV 18-67-BU-SEH <br><br> ORDER |

The parties having filed a Stipulation for Dismissal with Prejudice,[1]

ORDERED:

This case is DISMISSED on the merits, with prejudice, as fully and finally compromised, each party to bear its own costs.

DATED this 5th day of August, 2019.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[1] Doc. 52.